UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

DEC 15 2017

U.S. MAGISTRATE JUDGE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| V. | ) CAUSE NO. 1:17-mj-01114 |
| CHRISTOPHER JOHNSON, | ) |
| Defendant. | ) |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Jeffrey D. Preston, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the United States of America.

Respectfully Submitted,

JOSH J. MINKLER
United States Attorney

By: _____
Jeffrey D. Preston
Assistant United States Attorney