# United States District Court

## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| v. | CASE NUMBER: 1:17-mj-01114 |
| **CHRISTOPHER JOHNSON** | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 13, 2017, in Marion County, in the Southern District of Indiana defendant did,

Count 1: Possession with Intent to Distribute a Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1)

Count 2: Discharging a firearm during and related to a crime of violence in violation of Title 18, United States Code, 924(c)

Count 3: Felon in Possession of a Firearm and Ammunition in violation of Title 18, United States Code, Section 922(g)(1).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

See attached AFFIDAVIT

Continued on the attached sheet and made a part hereof.

_Brian Reardon, Special Agent, ATF_

Sworn to before me, and subscribed in my presence

December 15, 2017
Date

at Indianapolis, Indiana

Mark J. Dinsmore, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND COMPLAINT

I, Brian Reardon swear and affirm the following to be true;

### I. INTRODUCTION AND AGENT BACKGROUND

1. Your Affiant is a Special Agent (SA) for the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and has served in this capacity since March 2015. Your Affiant is currently assigned to the Indianapolis Group I Field Office Achilles Task Force and charged with investigating violations of federal firearms, explosives, and arson laws; and offenses enumerated in Title 18 and Title 26 of the United States Code, for which your Affiant has received formal training at the Federal Law Enforcement Training Center and the ATF National Academy.

2. Prior to becoming a Special Agent with ATF, your Affiant was a police officer and narcotics investigator with the New Albany Indiana Police Department for approximately six years. In addition to day to day narcotics investigations your Affiant was assigned as a Task Force Officer (TFO) to the Federal Bureau of Investigations Safe Streets Gang Task Force for three years.

3. Your Affiant has become aware of the facts and circumstances described below through personal observation, training and experience, information provided by other law enforcement officers, witness interviews, and suspect interview(s). Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, your Affiant has not included each and every fact known concerning this investigation. Rather, your Affiant has set forth only those facts that are believed to be necessary to establish probable cause to issue an arrest warrant. The information included herein is either personally known to your affiant or has been relayed by other law enforcement officers during the course of the investigation.

4. This affidavit is submitted in support of an application for a Warrant for Arrest of 1) CHRISTOPHER JOHNSON ("JOHNSON"), black male, date of birth XX/XX/78. Based on your Affiant's training and experience, and based on the facts below, your Affiant believes that JOHNSON committed the following crimes:

    1) Possession with Intent to Distribute a Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1);

    2) Discharging a firearm during and related to a crime of violence in violation of Title 18, United States Code, 924(c);

    3) Felon in Possession of a Firearm and Ammunition in violation of Title 18, United States Code, Section 922(g)(1).

## II. Background of Investigation

5. On December 13, 2017, Indianapolis Metropolitan Police Department (IMPD) SWAT officers executed a "no-knock" search warrant at 2122 Spann Avenue, Indianapolis, Indiana, within the Southern District of Indiana.

6. Officers were dressed in department-issued uniforms and the word "POLICE" on the front and back of their body armor. Upon entry, an individual later identified to be JOHNSON fired multiple shots at the officers, striking one officer in the forearm.

7. Officers returned fire, striking JOHNSON several times. JOHNSON was provided medical attention. Two juveniles and two other adults were in the residence.

8. Officers obtained an additional search warrant for the residence and recovered a chrome .38 special revolver from the kitchen floor, surrounded by a pool of blood. The firearm was later collected and found to have five spent shell casings in the cylinder.

9. While receiving medical care, officers found approximately fifteen (15) grams of heroin, approximately seventy-five (75) grams of cocaine and approximately thirty (30) grams of marijuana in JOHNSON's pockets.

10. The firearm was determined to be a Taurus .38 special revolver-bearing serial number ZK92763. The firearm was not manufactured within the State of Indiana and therefore traveled in interstate commerce prior to JOHNSON's possession of it.

11. A review of JOHNSON's criminal history revealed that he has a prior conviction for a crime punishable by more than one (1) year of imprisonment, to wit: Knowingly and Intentionally Distributing Cocaine, Possession of Marijuana, and two counts of being a Felon in Possession of a Firearm in the United States District Court for the Western District of Kentucky under Cause No. 4:02CR-00014-001-M, on or about December 14, 2015.

### III. <u>CONCLUSION</u>

12. Based on the foregoing, there is probable cause to believe that CHRISTOPHER JOHNSON committed the following criminal acts:

1) Possession with Intent to Distribute a Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1);

2) Discharging a firearm during and related to a crime of violence in violation of Title 18, United States Code, 924(c);

3) Felon in Possession of a Firearm and Ammunition in violation of Title 18, United States Code, Section 922(g)(1).

_____
Brian C. Reardon, Special Agent
Bureau of Alcohol, Tobacco and Firearms

Sworn and subscribed to before me this 15th day of December, 2017.

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

4