UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

DEC 15 2017

U.S. MAGISTRATE JUDGE
INDIANAPOLIS, INDIANA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:17-mj-01114 |
| CHRISTOPHER JOHNSON, | ) |
| Defendant. | ) |

### PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
| --- | --- | --- | --- | --- |
| 1 | 21 U.S.C. § 841(a)(1)<br><br>Possession with Intent to Distribute a Controlled Substance | 10-Life | $10,000,000 | NLT 5 years |
| 2 | 18 U.S.C. § 924(c)<br><br>Discharging a Firearm During and Related to a Crime of Violence | 10-Life | $250,000 | NLT 5 years |
| 3 | 18 U.S.C. § 922(g)(1)<br><br>Felon in Possession of a Firearm and Ammunition | 0-10 | $250,000 | NMT 3 years |

Dated: _____            _____
                                                                                    CHRISTOPHER JOHNSON
                                                                                    Defendant

      I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____

United States Magistrate Judge
Southern District of Indiana